# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>      Plaintiff,<br><br>    v.<br><br>**JOSE LUIS LOERA, JR.**<br><br>      Defendant. | CR NO: 1:12-cr-259 LJO/SKO |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum      ☐ Ad Testificandum

Name of Detainee: Jose Luis Loera, Jr.

Detained at:

Detainee is:
- a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
  charging detainee with: 18/922(g)(1)-Felon in Possession of a Firearm
- or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
- a.) ☐ return to the custody of detaining facility upon termination of proceedings
- or b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

Signature: /s/ Kimberly A. Sanchez
Printed Name & Phone No: KIMBERLY A. SANCHEZ
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum      ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: February 11, 2014      /s/ *Barbara A. McAuliffe*
                   Honorable Barbara A. McAuliffe
                   U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒ Male ☐ Female | |
| Booking or CDC #: | AR1994 | DOB: | |
| Facility Address: | Wasco State Prison | Race: | Hispanic |
| Facility Phone: | | FBI#: | 960032LB4 |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____    _____
                           (signature)