Robert D. Wilkinson          #100478
BAKER MANOCK & JENSEN, PC
5260 North Palm Avenue, Fourth Floor
Fresno, California 93704
Telephone: 559.432.5400
Facsimile: 559.432.5620

Attorneys for   JOSE LUIS LOERA, JR.

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>JOSE LUIS LOERA, JR.,<br><br>　　　　　Defendant. | CASE No. 1:12-CR-00259 LJO SKO<br><br>STIPULATION AND ORDER TO CORRECT RECORD RELATIVE TO DEFENDANT'S 2005 CONVICTION |

　　　　　WHEREAS Defendant JOSE LUIS LOERA, JR. ("MR. LOERA"), was indicted herein for, among other things, having been convicted in 2005 of a crime punishable by imprisonment for a term exceeding one year for a violation California Health and Safety Code § 11377(a); and,

　　　　　WHEREAS the Plaintiff the UNITED STATES OF AMERICA and MR. LOERA agreed to a factual basis for his guilty plea in this matter that he "had 4 prior felony convictions at the time of this incident"; and,

　　　　　WHEREAS the California Superior Court for the County of Fresno file in *People v. Jose Luis Loera*, Case No. F05903806-8, indicates that MR. LOERA'S 2005 conviction for a violation of California Health and Safety Code § 11377(a) was reduced to a misdemeanor pursuant to California Penal Code § 17(b) at the time of sentencing on July 1, 2005;

1566417v1 / 10924.0049

STIPULATION AND [PROPOSED] ORDER TO CORRECT RECORD RELATIVE TO DEFENDANT'S 2005 CONVICTION.

The parties hereto, by authorized counsel, AGREE as follows:

1.  That portion of the Indictment herein (Document 1), at page 1, line 22, through page 2, line 6, alleging MR. LOERA had been convicted in 2005 of a crime punishable by imprisonment for a term exceeding one year for a violation California Health and Safety Code § 11377(a) shall be stricken; and

2.  That portion of the Memorandum of Plea Agreement Pursuant to Rule 11(c) of the Federal Rules of Criminal Procedure herein (Document 15), at page 5, line 25, shall be amended to read that MR. LOERA "had 3 prior felony convictions at the time of the incident."

DATED: December 11, 2014                    BENJAMIN B. WAGNER
                                            United States Attorney


                                            By: /s/ Kimberly Sanchez
                                            Kimberly Sanchez
                                            Assistant U.S. Attorney
                                            Attorneys for Plaintiff


DATED: December 11, 2014

                                            BAKER MANOCK & JENSEN, PC


                                            By: /s/ Robert D. Wilkinson
                                            Robert D. Wilkinson
                                            Attorneys for JOSE LUIS LOERA, JR.

**ORDER**

IT IS SO ORDERED.

   Dated:   **December 11, 2014**            **/s/ Lawrence J. O'Neill**
                                            UNITED STATES DISTRICT JUDGE

1566417v1 / 10924.0049
2
STIPULATION AND ORDER TO CORRECT RECORD RELATIVE TO DEFENDANT'S 2005 CONVICTION.