Robert D. Wilkinson          #100478
BAKER MANOCK & JENSEN, PC
5260 North Palm Avenue, Fourth Floor
Fresno, California 93704
Telephone: 559.432.5400
Facsimile: 559.432.5620

Attorneys for   Defendant JOSE LUIS LOERA, JR.

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>JOSE LUIS LOERA, JR.,<br><br>          Defendant. | CASE No. 1:12-CR-00259 LJO SKO<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING<br><br>Date:     February 9, 2015<br>Time:     8:30 a.m.<br>Ctrm:     4<br>Judge:    Hon. Lawrence J. O'Neill |

          WHEREAS the sentencing date for Defendant Jose Luis Loera, Jr., ("Mr. Loera") is currently set for February 9, 2015, and informal objections to the Advisory Guidelines Presentence Investigation Report ("PSR") are due January 19, 2015 and formal objections are due February 2, 2015;

          WHEREAS Mr. Loera was sick on January 14, 2015, when he was scheduled to be brought from the Lerdo Detention Facility in Kern County to the U.S. Marshal's Office in Fresno to review the draft PSR with defense counsel, and because he was ill, was not transported at his request; and

          WHEREAS defense counsel has a civil case set for trial in the Fresno County Superior Court on February 17, 2015 and is engaged in pre-trial preparation for that matter:

1587689v1 / 10924.0049

STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING DATE.

1  ///

2  IT IS HEREBY STIPULATED by the parties hereto though authorized counsel,
3  that the sentencing hearing currently scheduled in this matter for February 9, 2015, at 8:30 a.m.,
4  may be continued to March 9, 2015, at 8:30 a.m., or to a date and time thereafter convenient for
5  the Court, and informal objections shall be submitted three weeks before sentencing, the final PSR
6  shall be filed under seal two weeks before sentencing, and formal objections shall filed with the
7  court at least one week before sentencing.

DATED:  January 20, 2015                          BENJAMIN B. WAGNER
                                                  United States Attorney

                                                  By:  /s/ Kimberly Sanchex
                                                  Kimberly Sanchez
                                                  Assistant U.S. Attorney
                                                  Attorneys for Plaintiff

DATED:  January 20, 2015

                                                  BAKER MANOCK & JENSEN, PC

                                                  By:  /s/ Robert D. Wilkinson
                                                  Robert D. Wilkinson
                                                  Attorneys for JOSE LUIS LOERA, JR.

**ORDER**

Good cause having been shown therefore, IT IS HEREBY ORDERED that the
sentencing hearing set for Monday, February 9, 2015, at 8:30 a.m. in Courtroom 4, shall be
continued to Monday, March 9, 2015, at 8:30 p.m., and informal objections shall be submitted
three weeks before sentencing, the final PSR shall be filed under seal two weeks before
sentencing, and formal objections shall filed with the court at least one week before sentencing.

\
IT IS SO ORDERED.

   Dated:   **January 20, 2015**
**/s/ Lawrence J. O'Neill**

UNITED STATES DISTRICT JUDGE

 	Lawrence J. O'Neill
 	United States District Judge