Robert D. Wilkinson          #100478
BAKER MANOCK & JENSEN, PC
5260 North Palm Avenue, Fourth Floor
Fresno, California 93704
Telephone: 559.432.5400
Facsimile: 559.432.5620

Attorneys for   JOSE LUIS LOERA, JR.

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF FRESNO

| UNITED STATES OF AMERICA, | CASE No. 1:12-CR-00259  LJO-SKO |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO FILE DEFENDANT JOSE LUIS LOERA, JR.'S SENTENCING MEMORANDUM AND FORMAL OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT UNDER SEAL(Local Rules 141 and 143)** |
| JOSE LUIS LOERA, JR. | |
| Defendant. | Judge:   Hon. Lawrence J. O'Neill |

WHEREAS Presentence Investigation Reports ("PSR") are confidential records of the U.S. District Court and are only to be disclosed to the Court, court personnel, the defendant, defense counsel, the defense investigator, if any, and the United States Attorney's Office pursuant the Local Rules of Practice of the U.S. District Court, Eastern District of California, LR 460, and Federal Rules of Criminal Procedure, Rule 32, subdivision (e); and,

WHEREAS Defendant Jose Luis Loera, Jr.'s Sentencing Memorandum and Formal Objections to Presentence Investigation Report discusses the PSR herein at length;

The parties hereto, by and through authorized counsel, HEREBY STIPULATE that Defendant Jose Luis Loera, Jr.'s Sentencing Memorandum and Formal Objections to Presentence Investigation Report may be filed under seal and copies of the memorandum may only be served

1611930v1 / 10924.0049

STIPULATION AND [PROPOSED] ORDER TO FILE DEFENDANT JOSE LOERA'S SENTENCING
MEMORANDUM AND FORMAL OBJECTIONS TO PSR UNDER SEAL (Local Rules 141 and 143)

upon the U.S. Attorney's Office and the U.S. Probation Office.

DATED:  March 2, 2015                            BENJAMIN B. WAGNER
                                                 United States Attorney


                                                 By:  /s/ Kimberly Sanchez
                                                 Kimberly Sanchez
                                                 Assistant U.S. Attorney
                                                 Attorneys for Plaintiff


DATED:  March 2, 2015                            BAKER MANOCK & JENSEN, PC


                                                 By:  /s/ Robert D. Wilkinson
                                                 Robert D. Wilkinson
                                                 Attorneys for Defendant JOSE LUIS
                                                 LOERA, Jr.


# ORDER

Good cause appearing, IT IS HEREBY ORDERED that Defendant Jose Luis Loera, Jr.'s Sentencing Memorandum and Formal Objections to Presentence Investigation Report shall be filed under seal, until otherwise ordered by the Court, and copies of the memorandum may only be served upon the U.S. Attorney's Office and the U.S. Probation Office.

IT IS SO ORDERED.

   Dated:  **March 2, 2015**                     **/s/ Lawrence J. O'Neill**
                                                 UNITED STATES DISTRICT JUDGE

1611930v1 / 10924.0049

2

STIPULATION AND [PROPOSED] ORDER TO FILE DEFENDANT JOSE LOERA'S SENTENCING
MEMORANDUM AND FORMAL OBJECTIONS TO PSR UNDER SEAL (Local Rules 141 and 143)